94–385.  Conard v. Keener.  *Licking County,* No. 93–CA–38.  Reported at 69 Ohio St.3d 1430, 631 N.E.2d 641.  On motion for rehearing.  Rehearing denied.

Douglas and Pfeifer, JJ., dissent.

94–566.  State v. Smith.  *Clark County,* No. 3010.  Reported at 69 Ohio St.3d 1432, 631 N.E.2d 1065.  On motion for rehearing instanter and to reinstate appeal, and on motion to file memorandum in support instanter.  Motions denied.

## DISCIPLINARY DOCKET

94–1159.  Toledo Bar Assn. v. Ciepichal.  On motion to waive time and approve appointment of attorney.  Motion granted.